■ In the Matter of ANTHONY CHARLES LORETTO, JR., an Attorney, Resignor. [844 NYS2d 725]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*,

240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)

■ In the Matter of AARON PHILLIP MICHEAU, an Attorney, Resignor. [844 NYS2d 724]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)

■ In the Matter of SALLY A. NASH, an Attorney, Resignor. [844 NYS2d 724]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)

■ In the Matter of JULIE HORN OLDS, an Attorney, Resignor. [844 NYS2d 724]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)

■ In the Matter of THOMAS EDWARD PEREZ, an Attorney, Resignor. [844 NYS2d 724]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)